In the Matter of Estate of Alice M. Glass, Deceased. Harvey E. Duncan, Public Administrator of Ford County, Illinois, Plaintiff-Appellee, v. Delbert Murray, Creditor-Administrator, Defendant-Appellant.

Gen. No. 9,898.

M. H. Scott, for appellant; D. C. Hummel, for appellee. Opinion by PRESIDING JUSTICE REYNOLDS. Not to be published in full. Opinion filed August 20, 1953; rehearing denied September 25, 1953; released for publication September 25, 1953.